IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW WILKINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UMPQUA BANK,<br><br>Defendant. | Case No. 3:23-cv-06175<br><br>**DEFENDANT UMPQUA BANK'S NOTICE OF RELATED CASES** |

Defendant Umpqua Bank, by and through undersigned counsel, hereby notifies the Court and all counsel of record that the following cases, transferred or in the process of transfer to the MOVEit Customer Data Security Breach Litigation, MDL 3083, arise out of the same facts and circumstances as this case:

1. *Bassam Zaafan, individually and on behalf of all others similarly situated v. Umpqua Bank*, Case No. 1:23-cv-13029-ADB (D. Mass., transferred December 8, 2023, from W.D. Wash. Case No. 3:23-cv-05884-DGE).

2. *Robert Rhodes, individually and on behalf of himself and all others similarly situated v. Columbia Banking Systems, Inc., d/b/a Umpqua Bank*, Case No. 3:23-cv-05753-DGE (W.D. Wash., filed August 18, 2023) (conditional transfer order finalized December 18, 2023).

3. *Marc W. Shettlesworth, individually and on behalf of all others similarly situated v. Umpqua Bank*, Case No. 1:23-cv-12991-ADB (D. Mass., transferred December 6, 2023, from W.D. Wash. Case No. 3:23-cv-05941-BHS).



4. *Nhu Dinh, individually and on behalf of all others similarly situated v. Umpqua Bank*, Case No. 1:23-cv-12992-ADB (D. Mass., transferred December 6, 2023, from W.D. Wash. Case No. 3:23-cv-05980-DWC).

5. *Stuart H. Rosenbaum, individually and on behalf of all others similarly situated v. Columbia Banking Systems, Inc. d/b/a Umpqua Bank*, Case No. 3:23-cv-06039-DGE (W.D. Wash., removed Nov. 13, 2023) (conditional transfer order finalized December 13, 2023).

6. *Miriam Elizondo, individually and on behalf of all others similarly situated v. Umpqua Bank*, No. 4:23-cv-05441-KAW (N.D. Cal., removed Oct. 23, 2023) (conditional transfer order finalized December 18, 2023).

The *Rhodes*, *Zaafan*, *Shettlesworth*, *Dinh*, *Rosenbaum*, and *Elizondo* cases assert causes of action arising from the same underlying data incident involving Umpqua Bank in June of 2023.

DATED this 21st day of December, 2023.

POLSINELLI PC

By: */s/ Jessica M. Andrade*
Jessica M. Andrade, WSBA #39297
1000 2nd Avenue, Suite 3500
Seattle, WA 98104
Telephone: (206) 393-5400
Facsimile: (206) 393-5401
Email: jessica.andrade@polsinelli.com

*Attorneys for Defendant Umpqua Bank*



# **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2023, I electronically filed the foregoing **Defendant Umpqua Bank's Notice of Related Cases** and transmitted it to the following parties of record via electronic mail and first-class U.S. mail:

Douglas H. Sanders
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
1311 Ponce de Leon Ave.
San Juan, PR 00907
dsanders@milberg.com
516-741-5600

Kristen Lake Cardoso
**KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT**
One West Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
cardoso@kolawyers.com
954-990-2218

*Attorneys for Plaintiff*

DATED this 21st day of December, 2023, at Seattle, Washington.

*/s/ Jessica M. Andrade*
Jessica M. Andrade, WSBA #39297
POLSINELLI PC
jessica.andrade@polsinelli.com

DEFENDANT UMPQUA BANK'S
NOTICE OF RELATED CASES- 3



1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400